**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: | Case No. 14-51498 |
| CAMILLE MARIE BUNCHEK | Chapter 7 |
|            Debtor, | Judge Marci B. McIvor |

_____/

Potestivo & Associates, P.C.
Mary K. Atallah (P75273)
Attorney for The Bank of New York Mellon
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400 Ext.1239
matallah@potestivolaw.com

Paul B Gigliotti (P46167)
Attorney for Debtor
15400 Nineteen Mile Rd Suite 190
Clinton Township, MI 48038
(586)228-3636
ecfgigliotti@gmail.com
_____/

## NOTICE OF APPEARANCE

     PLEASE file the Appearance of Potestivo & Associates, P.C., on behalf of The Bank of New York Mellon FKA The Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee for the CWABS Revolving Home Equity Loan Trust, Series 2004-L and its principal, successors, heirs and assigns, and include Mary K. Atallah, as attorney for creditor, on the Matrix.

Dated: July 25, 2014

                                      */s/ Mary K. Atallah*
                                      Potestivo & Associates, P.C.
                                      Mary K. Atallah (P75273)
                                      Attorney for The Bank of New York Mellon
                                      811 South Blvd. Suite 100
                                      Rochester Hills, MI 48307
                                      (248) 853-4400 Ext.1239
                                      matallah@potestivolaw.com

IN RE:                                                                                                               Case No. 14-51498
CAMILLE MARIE BUNCHEK                                                        Chapter 7
               Debtor,                                                            Judge Marci B. McIvor
_____/
Potestivo & Associates, P.C.
Mary K. Atallah (P75273)
Attorney for The Bank of New York Mellon
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400 Ext.1239
matallah@potestivolaw.com

Paul B Gigliotti (P46167)
Attorney for Debtor
15400 Nineteen Mile Rd Suite 190
Clinton Township, MI 48038
(586)228-3636
ecfgigliotti@gmail.com
_____/

**PROOF OF SERVICE**

     I, Tina Martini, state that on the 25th day of July, 2014, I served a copy of the Notice of Appearance and Proof of Service upon:

| Basil T Simon, Trustee | Paul B Gigliotti | Office of the U.S. Trustee |
| --- | --- | --- |
| 645 Griswold, Suite 3466 | 15400 Nineteen Mile Rd | Eastern District Of Michigan |
| Detroit MI 48226 | Suite 190 | 211 W. Fort Street Ste 700 |
| | Clinton Township MI 48038 | Detroit MI 48226 |

Via CM-ECF electronic filing to the Debtor's Attorney and the Trustee.

                                          /s/Tina Martini
                                          Tina Martini
                                          Employee of Potestivo & Associates, P.C.
                                          811 South Boulevard, Suite 100
                                          Rochester Hills, MI 48307
                                          (248) 853-4400
                                          tmartini@potestivolaw.com